# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 12, 2015

## NO. 03-13-00702-CV

**The Travis County Attorney, Appellant**

**v.**

**L. C., Appellee**

## APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on May 1, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.